UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
KYUNG HEE CHU, *individually and on behalf of others* :
*similarly situated*, :
:
                           Plaintiff,                   ORDER
:
       -against-                                 21 Civ. 247 (GBD) (BCM)
:
JEANNIE'S DELI CORP., *d/b/a Park Fresh Deli f/d/b/a* :
*Jeannie's Deli Corp f/d/b/a Chelsea Food Market*, et al., :
:
                          Defendants. :
------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The March 24, 2021 conference is canceled, in light of this Court's referral to Magistrate Judge Barbara C. Moses for General Pretrial Supervision.

Dated: New York, New York
       March 18, 2021

                                                        SO ORDERED.

                                                        GEORGE B. DANIELS
                                                    United States District Judge