UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

KYUNG HEE CHU, *individually*
*and on behalf of others similarly situated,*

               Plaintiff,

       -against-

JEANNIE'S DELI CORP. (D/B/A PARK FRESH DELI
F/D/B/A JEANNIE'S DELI CORP.
F/D/B/A CHELSEA FOOD MARKET),
PARK FRESH DELI EXPRESS CORP.
(D/B/A PARK FRESH DELI
F/D/B/A JEANNIE'S DELI CORP
F/D/B/A CHELSEA FOOD MARKET)
DELICIOUS FOOD MARKET, INC.
(D/B/A PARK FRESH DELI
F/D/B/A JEANNIE'S DELI CORP.
F/D/B/A CHELSEA FOOD MARKET)
SUK N PARK, and MIKE DOE,

               Defendants.

----------------------------------------------------------------X

Case No.: 1:21-cv-00247

**[Proposed Form Of]
JUDGMENT**

    On May 18, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Kyung Hee Chu, has judgment against Jeannie's Deli Corp. (d/b/a Park Fresh Deli f/d/b/a Jeannie's Deli Corp. f/d/b/a Chelsea Food Market), Park Fresh Deli Express Corp. (d/b/a Park Fresh Deli f/d/b/a Jeannie's Deli Corp f/d/b/a Chelsea Food Market), Delicious Food Market, Inc. (d/b/a Park Fresh Deli f/d/b/a Jeannie's Deli Corp. f/d/b/a Chelsea Food Market), Suk N Park and Mike Doe, jointly and severally, in the amount of Sixteen Thousand Five Hundred Dollars and No Cents ($16,500.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                          _____
                                          George B. Daniels
                                          UNITED STATES DISTRICT JUDGE